1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    WILLIAM ORTIZ,                           No.  2:14-cv-2598 KJN P

12                 Petitioner,

13         v.                                  ORDER

14    RAFAEL ZUNIGA,

15                 Respondents.

16

17         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. §  2241.  Petitioner has not, however, filed an in forma pauperis

19    affidavit or paid the required filing fee ($5.00).  See 28 U.S.C. §§ 1914(a); 1915(a).  Petitioner

20    filed a form entitled "United States Department of Justice Federal Bureau of Prisons Request for

21    Withdrawal of Inmate's Personal Funds."  (ECF No. 2.)  However, the court does not have

22    authority to withdraw funds from petitioner's trust account.  Therefore, petitioner is granted the

23    opportunity to either submit the appropriate affidavit in support of a request to proceed in forma

24    pauperis or submit the appropriate filing fee.

25         In accordance with the above, IT IS HEREBY ORDERED that:

26         1.  Petitioner shall submit, within thirty days from the date of this order, an affidavit in

27    support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's

28    failure to comply with this order will result in a recommendation that this action be dismissed;

1

1    and

2          2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis

3    form used by this district.

4    Dated:  November 12, 2014

5                                                          _____

6    orti2598.101a                                      KENDALL J. NEWMAN
                                                          UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    2