1  BENJAMIN B. WAGNER
   United States Attorney
2  CHRISTIAAN H. HIGHSMITH
   Assistant United States Attorney
3  501 "I" Street, Suite 10-100
   Sacramento, CA  95814
4  Telephone:  (916) 554-2700

5  Attorneys for Respondent

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  WILLIAM ORTIZ,                           CASE NO. 2:14-cv-02598 KJN P

12                 Petitioner,
                                             ORDER GRANTING RESPONDENT'S MOTION
13  v.                                       FOR EXTENSION OF TIME

14  RAFAEL ZUNIGA, Warden

15                 Respondent.

16

17

18      On February 4, 2015, Respondent requested a 30-day extension of time to file a response to the

19  petition filed under 28 U.S.C. § 2241.

20      Good cause appearing, IT IS HEREBY ORDERED that:

21      1.  Respondent's request for a 30-day extension is granted; and

22      2.  Respondent shall file a response on or before March 11, 2015.

23  Dated:  February 5, 2015

24
                                             _____
25                                           KENDALL J. NEWMAN
    /orti2598.eot                            UNITED STATES MAGISTRATE JUDGE
26

27

28